# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

156077

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 156077
COA: 337848
Lenawee CC:16-017887-FH;
              16-017888-FH

DAVID ROSS AMES,
        Defendant-Appellant.

_____/

On January 24, 2019, the Court heard oral argument on the application for leave to appeal the May 12, 2017 order of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2019



Clerk

s0625